PEOPLE ex rel. STILLMAN, Respondent, v. STILLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York, on the relation of Lewis G. Stillman, against Anna Amenda Stillman. No opinion. Order denying motion to quash writ of habeas corpus reversed, with $10 costs and

sbursements, and writ vacated, with $10 costs, on the ground that the Special Term of Kings county was without jurisdiction to entertain the application for the writ.

---

PEOPLE ex rel. STONEY v. McADOO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York, on the relation of Frank C. Stoney, against William McAdoo, as police commissioner. No opinion. Motion granted.

---

PEOPLE ex rel. WHITAKER v. McADOO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York, on the relation of Daniel Whitaker, against William McAdoo, as police commissioner. No opinion. Motion granted.